# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### MISC. NO. 962 – IN RE MORGAN STANLEY

**Date of docketing**: 10/20/2010

A petition for writ of mandamus has been filed.

**Name of petitioner(s)**: Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC, Goldman Sachs & Co., Goldman Sachs Execution & Clearing, LP, J.P. Morgan Chase & Co., J.P. Morgan Clearing Corp.(fka Bear,Stearns Securities Corp), J.P. Morgan Securities, Inc., Morgan Stanley, Morgan Stanley & Co. Incorporated, SWS Group, Inc., Southwest Securities, Inc., The Bank of New York Mellon Corporation and The Goldman Sachs Group, Inc.

**Name of respondent(s), if known**: Realtime Data, LLC (d/b/a IXO)

**Related action**: Eastern District of Texas 09-CV-0326

**Critical dates include:**
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Certificate of interest form to parties represented by counsel.

Jan Horbaly
Clerk


cc: Eastern District of Texas
   Dirk D. Thomas
   Daniel A. DeVito

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 962

IN RE MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., THE BANK OF NEW YORK MELLON CORPORATION, CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING LP, SWS GROUP, INC., and SOUTHWEST SECURITIES, INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0326, Judge Leonard Davis.

Authorized Abbreviated Caption[2]

IN RE MORGAN STANLEY, MISC. NO. 962

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.