IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **REALTIME DATA, LLC D/B/A/ IXO,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:09-cv-326-LED |
| | ) | Civil Action No. 6:10-cv-248-LED |
| vs. | ) | |
| | ) | |
| **MORGAN STANLEY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL

On this day the Court heard Defendants' Morgan Stanley, Morgan Stanley & Co. Incorporated, J.P. Morgan Chase & Co., J.P. Morgan Securities, Inc., J.P. Morgan Clearing Corp., The Bank of New York Mellon Corporation, Credit Suisse Holdings (USA), Inc., Credit Suisse Securities (USA) LLC, The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Execution & Clearing, L.P., SWS Group, Inc., Southwest Securities, Inc., Bank of America Corporation, Banc of America Securities LLC, Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, HSBC Securities (USA) Inc., HSBC Bank USA, N.A., BNY ConvergEx Group, LLC and BNY ConvergEx Execution Solutions, LLC, (collectively "Defendants"), Unopposed Motion For Leave to File Under Seal Defendants' First Amended Answers to Realtime Data, LLC's Second Amended Complaint in the '326 Action and First Amended Answers to Realtime Data, LLC's Complaint in the '248 Action.

After considering the briefing and consideration of justice, and that the motion is unopposed, the Court hereby GRANTS such motion and Orders that the following Answers be filed under seal:

First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P. (**6:09-cv-326-LED**)

First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, The Goldman Sachs Group, Inc., Goldman, Sachs & Co., and Goldman Sachs Execution & Clearing, L.P. (**6:10-cv-248-LED**)

First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, Credit Suisse Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC (**6:09-cv-326-LED**)

First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, Credit Suisse Holdings (USA), Inc. and Credit Suisse Securities (USA) LLC (**6:10-cv-248-LED**)

First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, Morgan Stanley and Morgan Stanley & Co. Incorporated (**6:09-cv-326-LED**)

First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, Morgan Stanley and Morgan Stanley & Co. Incorporated (**6:10-cv-248-LED**)

First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, J.P. Morgan Chase & Co., J. P. Morgan Securities Inc., and J. P. Morgan Clearing Corp. (**6:09-cv-326-LED**)

First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, J.P. Morgan Chase & Co., J. P. Morgan Securities Inc., and J. P. Morgan Clearing Corp. (**6:10-cv-248-LED**)

First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) and Counterclaims of Defendant-Counterclaim Plaintiff, The Bank of New York Mellon Corporation (**6:09-cv-326-LED**)

First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) and Counterclaims of Defendant-Counterclaim Plaintiff, The Bank of New York Mellon Corporation (**6:10-cv-248-LED**)

      First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, SWS Group, Inc. and Southwest Securities, Inc. (**6:09-cv-326-LED**)

      First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) and Counterclaims of Defendants-Counterclaim Plaintiffs, SWS Group, Inc. and Southwest Securities, Inc. (**6:10-cv-248-LED**)

      First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) and Original Counterclaims of Defendants-Counterclaim Plaintiffs, Bank of America Corporation, Banc of America Securities LLC, Merrill Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (**6:09-cv-326-LED**)

      First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) and Original Counterclaims of Defendants-Counterclaim Plaintiffs, Bank of America Corporation, Banc of America Securities LLC, Merrill Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (**6:10-cv-248-LED**)

      First Amended Answer to Second Amended Complaint (Dkt. No. 174 in '326 Action) of Defendants, HSBC Bank USA, N.A. and HSBC Securities (USA), Inc. (**6:09-cv-326-LED**)

      First Amended Answer to Complaint (Dkt. No. 1 in '248 Action) of Defendants, HSBC Bank USA, N.A. and HSBC Securities (USA), Inc. (**6:10-cv-248-LED**)

      Defendants BNY ConvergEx Group, LLC And BNY ConvergEx Execution Solutions LLC's *First Amended Answer* To Second Amended Complaint For Patent Infringement (No. 09-CV-326, D.I. 174)

      Defendants BNY ConvergEx Group, LLC And BNY ConvergEx Execution Solutions LLC's *First Amended Answer* To Complaint For Patent Infringement (No. 10-CV-248, D.I. 1)

**So ORDERED and SIGNED this 1st day of November, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE