NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit



IN RE MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, JP MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., THE BANK OF NEW YORK MELLON CORPORATION, CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING LP, SWS GROUP, INC., AND SOUTHWEST SECURITIES, INC.,
*Petitioners.*

Miscellaneous Docket No. 962

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-Cv-0326, Judge Leonard Davis.

**ON PETITION FOR WRIT OF MANDAMUS**

**ORDER**

IN RE MORGAN STANLEY                      2

Morgan Stanley et al. submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its orders denying transfer and to direct transfer to the United States District Court for the Southern District of New York.

Upon consideration thereof,

IT IS ORDERED THAT:

Realtime Data, LLC is directed to respond no later than November 10, 2010.

FOR THE COURT

OCT 2 5 2010            /s/ Jan Horbaly
Date                         Jan Horbaly
                                   Clerk

cc: Daniel A. DeVito, Esq.
      Dirk D. Thomas, Esq.
      Clerk, United States District Court For The Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 25 2010

JAN HORBALY
CLERK