UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA, LLC D/B/A/ IXO**<br><br>Plaintiff,<br><br>vs.<br><br>**MORGAN STANLEY, ET AL.,**<br><br>Defendants. | **6:09-CV-326-LED-JDL** |
| **REALTIME DATA, LLC D/B/A/ IXO**<br><br>Plaintiff,<br><br>vs.<br><br>**MORGAN STANLEY, ET AL.,**<br><br>Defendants. | **6:10-CV-248-LED-JDL** |

## DEFENDANTS' NOTICE OF DISCLOSURES

Defendants Bank of America Corporation; Banc of America Securities LLC; Merrill Lynch & Co., Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanley; Morgan Stanley & Co. Incorporated; J.P. Morgan Chase & Co.; J.P. Morgan Securities, Inc.; J.P. Morgan Clearing Corp.; The Bank of New York Mellon Corporation; BNY ConvergEx Group, LLC; BNY ConvergEx Execution Solutions LLC; Credit Suisse Holdings (USA), Inc.; Credit Suisse Securities (USA) LLC; The Goldman Sachs Group, Inc.; Goldman, Sachs & Co.; Goldman Sachs Execution & Clearing, L.P.; SWS Group, Inc.; Southwest Securities, Inc.; HSBC Bank USA, N.A., and HSBC Securities (USA), Inc. (collectively, "Defendants") hereby notify the Court that on or before October 29, 2010 they served the following documents on Plaintiff:

1. Invalidity Contentions pursuant to Patent Local Rule 3-3;

2. Document production pursuant to Patent Local Rule 3-4; and

3. With respect to all Defendants except BNY ConvergEx Group, LLC and BNY ConvergEx Execution Solutions LLC, document production pursuant to Paragraph 2B of the Court's Discovery Order.[1]

Dated: November 3, 2010

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Thomas B. Walsh, IV*
Thomas M. Melsheimer
melsheimer@fr.com
Texas Bar No. 13922550
Thomas B. Walsh, IV
walsh@fr.com
Texas Bar No. 00785173
Robert C. Earle
Texas Bar No. 24002029
earle@fr.com
Carl R. Bruce
Texas Bar No. 24036278
bruce@fr.com
Michael A. Bittner
Texas Bar No. 24064905
bittner@fr.com
1717 Main Street, Suite 5000
Dallas, Texas  75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANTS BANK OF AMERICA CORPORATION; BANC OF AMERICA SECURITIES LLC; MERRILL LYNCH & CO., INC.; AND MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

---

[1] Pursuant to the Order dated October 8, 2010, Defendants BNY ConvergEx Group, LLC, BNY ConvergEx Execution Solutions LLC have until November 16, 2010 to make the document production required by Paragraph 2B of the Court's Discovery Order.

By: */s/ Daniel A. DeVito (by Thomas B. Walsh, IV with permission)*
Patrick Kelley (State Bar No. 11202500)
Otis Carroll (State Bar No. 03895700)
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

Daniel A. DeVito
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (917) 777-3210
Email: Daniel.DeVito@skadden.com

**Attorneys for Defendants**
**MORGAN STANLEY, MORGAN STANLEY & CO., J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., THE BANK OF NEW YORK MELLON CORPORATION, CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, GOLDMAN, SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING L.P., SWS GROUP, AND SOUTHWEST SECURITIES, INC.**

By: */s/ Galyn Gafford (by Thomas B. Walsh, IV with permission)*
Edwin R. DeYoung (Texas Bar No. 05673000)
Roger Brian Cowie (Texas Bar No. 00783886)
Roy W. Hardin (Texas Bar No. 08968300)
M. Scott Fuller (Texas Bar No. 24036607)
Galyn Gafford (Texas Bar No. 24040938)
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
E-mail: ggafford@lockelord.com

**Attorneys for Defendants**
**HSBC BANK USA, N.A. AND HSBC SECURITIES (USA), INC.**

By: <u>*/s/ Steven Cherny (by Thomas B. Walsh, IV with permission)*</u>
Steven Cherny, Pro hac vice
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:	212-446-4800
Fax:	212-446-4900
Email:	steven.cherny@kirkland.com

Christopher R. Liro, Pro hac vice
Amanda Hollis, Pro hac vice
Carl J. Blickle, Pro hac vice
KIRKLAND & ELLIS LLP
300 N. LaSalle St.
Chicago, IL  60654
Tel:	312-862-2000
Fax:	312-862-2200
Email:	christopher.liro@kirkland.com
	amanda.hollis@kirkland.com
	carl.blickle@kirkland.com

Trey Yarbrough (Texas Bar No. 22133500)
YARBROUGH & WILCOX PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX  75702
Tel:	903-595-3111
Fax:	903-595-0191
Email:	trey@yw-lawfirm.com

**Attorneys for Defendants
BNY CONVERGEX GROUP, LLC AND
BNY CONVERGEX EXECUTION
SOLUTIONS, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 3, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Thomas B. Walsh, IV*

Notice of Disclosure.doc