IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, | § § | |
| Plaintiff, | § § | No. 6:09cv326 LED-JDL |
| v. | § § | JURY TRIAL DEMANDED |
| MORGAN STANLEY, ET AL., | § § | |
| Defendants. | § | |
| REALTIME DATA, LLC d/b/a/ IXO, | § § | |
| Plaintiff, | § § | No. 6:09cv327 LED-JDL |
| v. | § § | JURY TRIAL DEMANDED |
| CME GROUP INC., ET AL., | § § | |
| Defendants. | § | |
| REALTIME DATA, LLC d/b/a/ IXO, | § § | |
| Plaintiff, | § § | No. 6:09cv333 LED-JDL |
| v. | § § | JURY TRIAL DEMANDED |
| THOMSON REUTERS, ET AL., | § § | |
| Defendants. | § | |

**<u>ORDER</u>**

Before the Court is the parties' Joint Motion for Entry of Protective Order filed in Civil Action Nos. 6:09cv326 ("*Morgan Stanley Case*") (Doc. No. 294), 6:09cv327 ("*CME Group Case*")(Doc. No. 390), and 6:09cv333 ("*Thomson Reuters Case*")(Doc. No. 222). The parties

have agreed to all but one provision of the proposed protective order. Upon consideration of the parties' arguments, the Court adopts Plaintiff's proposal, primarily because the Court does not see the disclosure of confidential information to outside counsel as prejudicial to Defendants, particularly where outside counsel is subject to the protective order.

**So ORDERED and SIGNED this 16th day of November, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE