**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 6:09-cv-326-LED |
| | § | Civil Action No. 6:10-cv-248-LED |
| MORGAN STANLEY, ET AL., | § | Civil Action No. 6:10-cv-426-LED |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |
| | § | |

# ORDER

Plaintiff has filed an Unopposed Motion for Extending the Deadline for responding to the following answers and counterclaims:

- Morgan Stanley First Amended Answer to Complaint in 248 Case (Dkt. No. 281)

- Morgan Stanley First Amended Answer to Second Amended Complaint in 326 Case (Dkt. No. 274)

- Morgan Stanley First Amended Answer to Complaint in 426 Case (Dkt. No. 32 in the '426 case)

- JP Morgan First Amended Answer to Complaint in 248 case (Dkt. No. 280)

- JP Morgan First Amended Answer to Second Amended Complaint in 326 Case (Dkt. No. 273)

- JP Morgan First Amended Answer to Complaint in 426 Case (Dkt. No. 31 in the '426 case)

- Credit Suisse First Amended Answer to Complaint in 248 Case (Dkt. No. 278)

- Credit Suisse First Amended Answer to Second Amended Complaint in 326 Case (Dkt. No. 271)

- Credit Suisse First Amended Answer to Complaint in 426 Case (Dkt. No. 29 in the '426 case)

- Goldman Sachs First Amended Answer to Complaint in 248 Case (Dkt. No. 279)

- Goldman Sachs First Amended Answer to Second Amended Complaint in 326 Case (Dkt. No. 272)

- Goldman Sachs First Amended Answer to Complaint in 426 Case (Dkt. No. 30 in the '426 case)

- SWS First Amended Answer to Complaint in 248 Case (Dkt. No. 282)

- SWS First Amended Answer to Second Amended Complaint in 326 Case (Dkt. No. 275)

- Southwest Securities SWS First Amended Answer to Complaint in 426 Case (Dkt. No. 33 in the '426 case)

- Bank of America Merrill Lynch First Amended Answer to Complaint in 248 Case (Dkt. No. 286)

- Bank of America Merrill Lynch First Amended Answer to Second Amended Complaint in 326 Case (Dkt. No. 285)

- Bank of America Merrill Lynch First Amended Answer to Complaint in 426 Case (Dkt. No. 35 in the '426 case)

- Bank of New York Mellon First Amended Answer to Complaint in 248 Case (Dkt. No. 277)

- Bank of New York Mellon First Amended Answer to Second Amended Complaint in 326 Case (Dkt. No. 270)

- Bank of New York Mellon First Amended Answer to Complaint in 426 Case (Dkt. No. 28 in the '426 case)

After having considered the same, the Court is of the opinion that it should be granted. Accordingly, it is therefore

ORDERED that Plaintiff shall file responses to the above answers and counterclaims on November 30, 2010.

**So ORDERED and SIGNED this 22nd day of November, 2010.**

Dallas 312968v1

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE