# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A IXO, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 6:09-cv-326-LED-JDL |
| MORGAN STANLEY, ET AL., | § § | |
| Defendants. | § § | **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A IXO, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 6:10-cv-248-LED-JDL |
| MORGAN STANLEY, ET AL., | § § | |
| Defendants. | § § | **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| REALTIME DATA, LLC D/B/A IXO, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 6:10-cv-426-LED-JDL |
| MORGAN STANLEY, ET AL., | § § | |
| Defendants. | § § | **JURY TRIAL DEMANDED** |

## AMENDED DOCKET CONTROL ORDER

It is hereby **ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| | |
|---|---|
| **July 9, 2012** Monday | 9:00 a.m. JURY TRIAL as reached at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Leonard Davis, Tyler, Texas. |

**ORDER REGARDING EXHIBITS, EXHIBIT LISTS AND WITNESS LISTS:**

A. <u>On the first day of trial</u>, each party is required to have on hand the following:

    (1) One copy of their respective original exhibits. Each exhibit shall be properly labeled with the following information: Identified as either Plaintiff's for Defendant's Exhibit, the Exhibit Number and the Case Number. In addition, exhibits shall be placed in properly marked manila folders and contained in a box with handles.

    (2) Three (3) hard copies of their exhibit list and witness list. The Court's preferred format for Exhibit Lists is available on the Court's website at www.texd.uscourts.gov under "Orders & Forms."

B. During trial on a daily basis, each party shall tender to the Court a list of exhibits admitted for each day. A description of the exhibits is not necessary, just a list containing the exhibit numbers. For example, Plaintiff will submit a document entitled, "Plaintiff's List of Exhibits Admitted on (*the date*)." Said daily lists are to be tendered the following day. (If trial commences on Monday, Monday's list will be due Tuesday morning and so on until the conclusion of trial).

C. At the conclusion of the evidentiary phase of trial, each party shall be responsible for pulling those exhibits admitted at trial and tender those to the Courtroom Deputy, who will verify the exhibits and tender them to the jury for deliberations.

D. At the conclusion of trial, all boxes of exhibits shall be retuned to the respective parties and the parties are instructed to remove these exhibits from the courtroom.

E. Within five business days of the conclusion of trial, each party shall submit to the court (to Chambers) the following:

    (1) A Final Exhibit List of Exhibits Admitted During Trial, and in addition provide the Court a disk containing this document in WordPerfect or Word format.

    (2) A disk or disks containing their respective admitted trial exhibits in PDF format, with the exception of sealed exhibits. If the Court ordered any exhibits sealed during trial, the Sealed Exhibits shall be copied on a separate disk. If tangible or over-sized exhibits were admitted, such exhibits shall be substituted with photograph to be converted to PDF file and shall be included in the Court's disk of admitted exhibits.

    (3) A disk or disks containing the transcripts of Video Depositions played during trial, along with a copy of the actual vide deposition.

F. After verification of final exhibit lists, the Courtroom Deputy shall file and dockets the lists, and the disk or disks containing the exhibits in PDF format shall be stored in the Clerk's Office.

| | |
|---|---|
| **July 2, 2012**<br>Monday | 9:00 a.m. JURY SELECTION at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Leonard Davis, Tyler, Texas. |
| **June 21, 2012**<br>Thursday | 9:00 a.m. PRETRIAL CONFERENCE at the United States District Court, 211 W. Ferguson, before Judge John D. Love, Tyler, Texas.<br><br>All pending motions will be heard.<br>Lead trial counsel must attend the pretrial conference. |

| | |
|---|---|
| June 18, 2012<br>Monday | Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. |
| June 15, 2012<br>Friday | Responses to Motion in Limine due. |
| June 8, 2012<br>Friday | Motions in Limine due.  The parties are directed to meet and confer and attempt to resolve all limine issues before filing any motion in limnine. |
| June 8, 2012<br>Friday | Pretrial Objections due. |
| June 1, 2012<br>Friday | Objections to Rebuttal and Optional Completeness Deposition Testimony due. |
| May 25, 2012<br>Friday | Rebuttal Designations, Optional Completeness Designations, and Objections to Deposition Testimony due.  Each party who proposes to offer rebuttal or optional completeness deposition testimony shall file a disclosure identifying the line and page numbers to be offered.  In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the Court's rulings on objections. |
| May 11, 2012<br>Friday | Pretrial Disclosures due.<br><br>Video and Stenographic Deposition Designations due.  Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. |
| April 27, 2012<br>Friday | Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials due.  Proposed Findings of Fact and Conclusions of Law with citation to authority for issues tried to the bench.<br><br>Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due.  If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov. |

| | |
|---|---|
| April 20, 2012<br>Friday | **Response to Dispositive Motions (including *Daubert* motions) due.** Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> |
| March 30, 2012<br>Friday | **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions) due.**  Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> |
| March 23, 2012<br>Friday | Parties to Identify Rebuttal Trial Witnesses. |
| March 16, 2012<br>Friday | Parties to Identify Trial Witnesses; Amend Pleadings (after *Markman* Hearing).  It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings.  It is necessary to file a Motion for Leave to Amend after the deadline.  However, except as provided in Patent Rule 3-6, if the amendment would effect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-6 irrespective of whether the amendment is made prior to this deadline. |
| March 16, 2012<br>Friday | **Expert Discovery Deadline.** |
| March 2, 2012<br>Friday | Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due.  Refer to Local Rules for required information. |
| February 3, 2012<br>Friday | Parties with burden of proof designate expert witnesses (non-construction issues).  Expert witness reports due.  Refer to Local Rules for required information. |
| January 13, 2012<br>Friday | **Fact Discovery Deadline** |
| November 4, 2011<br>Friday | Comply with P.R.3-7 - Furnishing documents and privilege logs pertaining to willful infringement. |

4

| | |
|---|---|
| **November 3, 2011**<br>Thursday | *Markman* **hearing and hearing on any Motion for Summary Judgment of Indefiniteness at 9:00 a.m. at the United States District Court, 211 West Ferguson, before Judge John D. Love, Tyler, Texas.** |
| October 19, 2011<br>Wednesday | Tutorials due. Deadline for parties, if they desire, to provide Court with tutorials concerning technology involved in patent. If a technical advisor has been appointed, each party that provides a tutorial shall provide a copy to the advisor. |
| October 20, 2011<br>Thursday | P.R. 4-5(d) Chart due. Parties shall jointly submit a claim construction chart on computer disk in WordPerfect format or in such other format as the Court may direct in accordance with P.R. 4-5(d).<br><br>**Reply to Motion for Summary Judgment of Indefiniteness due.** If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> |
| October 14, 2011<br>Friday | Parties to file a notice with the Court stating the estimated amount of time requested for the *Markman* Hearing. The Court will notify the parties if it is unable to accommodate this request.<br><br>**Comply with P.R. 4-5(c)** - Reply brief and supporting evidence due re response to claim construction. The filing party is to provide the Court with 2 binders containing their reply brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>**Response to Motion for Summary Judgment of Indefiniteness due.** If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> |

| | |
|---|---|
| September 23, 2011<br>Friday | **Comply with P.R. 4-5(b)** - Responsive brief and supporting evidence due to party claiming patent infringement.  The filing party is to provide the Court with 2 binders containing their *Markman* brief and exhibits appropriately tabbed.  If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>**Motion for Summary Judgment of Indefiniteness due.**  If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> |
| September 2, 2011<br>Friday | **Comply with P.R. 4-5(a)** - The party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction.  If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor.<br><br>Briefing shall comply with Local Rules CV-7 and 56 and Patent Rule 4-5(e). <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> |
| August 15, 2011<br>Monday | **Discovery Deadline - Claim Construction Issues.** |
| August 15, 2011<br>Monday | Respond to Amended Pleadings. |
| August 15, 2011<br>Monday | Proposed Technical Advisors due.  Parties to provide name, address, phone number, and curriculum vitae for up to three agreed technical advisors and information regarding the nominees' availability for *Markman* hearing or a statement that they could not reach an agreement as to any potential technical advisor.  If the parties cannot agree on a technical advisor, they shall not submit any proposed technical advisors to the Court. |
| August 12, 2011<br>Friday | Parties shall advise the Court whether they consent to a joint claim construction hearing and submit a proposed schedule for the hearing. |

| August 12, 2011 Friday | Comply with P.R. 4-3 - Filing of Joint Claim Construction and Prehearing Statement. |
|---|---|
| August 12, 2011 Friday | Amended Pleadings (pre-claim construction) due from all parties. It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, if the amendment would affect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-7 irrespective of whether the amendment is made prior to this deadline. |
| July 29, 2011 Friday | Comply with P.R. 4-2 - Exchange of Preliminary Claim Constructions and Extrinsic Evidence. Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| July 8, 2011 Friday | Comply with P.R. 4-1 - Exchange Proposed Terms and Claim Elements for Construction. |
| March 18, 2011 Friday | First Round Mediation to be completed. |
| February 4, 2011 Friday | **Comply with P.R. 3-3 and P.R. 3-4(b)** - Invalidity Contentions due as to U.S. Patents 7,777,651. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions as to U.S. Patents 7,777,651, pursuant to Patent Rule 3-6. |
| No. of trial days | The parties estimate that trial in this matter will take 10 trial days. |

In the event that any of these dates fall on a weekend or Court holiday, the deadline is modified to be the next Court business day.

The parties are directed to Local Rule CV-7(d), which provides in part that "[i]n the event a party fails to oppose a motion in the manner prescribed herein the Court will assume that the party has no opposition." Local Rule CV-7(e) provides that a party opposing a motion has 15 days in which to serve and file supporting documents and briefs after which the Court will consider the submitted motion for decision.

**OTHER LIMITATIONS**

(a)   All depositions to be read into evidence as part of the parties' case-in-chief shall be EDITED so as to exclude all unnecessary, repetitious, and irrelevant testimony; ONLY

7

    those portions which are relevant to the issues in controversy shall be read into evidence.
(b) The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

  (i) The fact that there are motions for summary judgment or motions to dismiss pending;
  (ii) The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;
  (iii) The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**So ORDERED and SIGNED this 1st day of December, 2010.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE