**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Revised: December 1, 2010

Official Caption[1]

Miscellaneous Docket No. 962

IN RE MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., THE BANK OF NEW YORK MELLON CORPORATION, CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING LP, SWS GROUP, INC., and SOUTHWEST SECURITIES, INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0326, Judge Leonard Davis.

---

Miscellaneous Docket No. 964

IN RE BATS TRADING, INC. (also known as BATS Exchange, Inc.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION CORPORATION, OPTIONS PRICE REPORTING AUTHORITY, BOSTON OPTIONS EXCHANGE GROUP, LLC, CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., and NEW YORK MERCANTILE EXCHANGE, INC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0327, Judge Leonard Davis.

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

Miscellaneous Docket No. 967

IN RE THOMSON REUTERS CORPORATION, FACTSET RESEARCH SYSTEMS INC., BLOOMBERG L.P. and INTERACTIVE DATA CORPORTION,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 6:09-CV-00333, Judge Leonard Davis.

## Authorized Abbreviated Caption[2]

IN RE MORGAN STANLEY, MISC. NOS. 962, 964, 967

---

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.