NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., THE BANK OF NEW YORK MELLON CORPORATION, CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING LP, SWS GROUP, INC., AND SOUTHWEST SECURITIES, INC.,
*Petitioners.*

Miscellaneous Docket No. 962

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0326, Judge Leonard Davis.

---

IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE

IN RE MORGAN STANLEY 2

EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION CORPORATION, OPTIONS PRICE REPORTING AUTHORITY, BOSTON OPTIONS EXCHANGE GROUP, LLC, CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., AND NEW YORK MERCANTILE EXCHANGE, INC.,
*Petitioners.*

Miscellaneous Docket No. 964

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0327, Judge Leonard Davis.

---

IN RE THOMSON REUTERS CORPORATION, FACTSET RESEARCH SYSTEMS INC., BLOOMBERG L.P. AND INTERACTIVE DATA CORPORATION,
*Petitioners.*

Miscellaneous Docket No. 967

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 6:09-CV-00333, Judge Leonard Davis.

ORDER

3                                                           IN RE MORGAN STANLEY

Realtime Data, LLC moves without opposition to consolidate the above-captioned petitions for writ of mandamus and for an extension of time, until November 24, 2010, to file its consolidated response. Realtime also moves on behalf of the petitioners for an extension of time, until December 10, 2010, to file a consolidated reply and for leave to file a consolidated reply of up to 20 pages.

If the petitioners seek leave to file a reply that exceeds the permitted page limitation, they should file a motion on their own behalf with arguments in support thereof. That motion is denied without prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to consolidate and for extensions of time are granted. The motion for leave to file a reply brief not to exceed 20 pages is denied without prejudice.

(2) The revised official caption is reflected above.

FOR THE COURT

DEC 0 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Daniel A. DeVito, Esq.
Robert A. Cote, Jr., Esq.
Keith J. Grady, Esq.
Scott F. Partridge, Esq.
Rick L. Rambo, Esq.
David R. Francescani, Esq.
Michael M. Murray, Esq.
Lynn E. Rzonca, Esq.
James H. Shalek, Esq.
Benjamin W. Hattenbach, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 01 2010

JAN HORBALY
CLERK

IN RE MORGAN STANLEY 4

    Constance S. Huttner, Esq.
    John M. DiMatteo, Esq.
    Brian E. Moran, Esq.
    Clerk, United States District Court For The Eastern District Of Texas

s19