IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA, LLC d/b/a/ IXO, § § | | |
| Plaintiff, § | No. 6:09cv326 LED-JDL | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| MORGAN STANLEY, ET AL., § § | | |
| Defendants. § | | |
| REALTIME DATA, LLC d/b/a/ IXO, § § | | |
| Plaintiff, § | No. 6:10cv248 LED-JDL | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| MORGAN STANLEY, ET AL., § § | | |
| Defendants. § | | |
| REALTIME DATA, LLC d/b/a/ IXO, § § | | |
| Plaintiff, § | No. 6:10cv426 LED-JDL | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| MORGAN STANLEY, ET AL., § § | | |
| Defendants. § | | |

## NOTICE

The Court has posted a standing order regarding summary judgment motions, motions to strike expert testimony/*Daubert* motions, motions *in limine*, exhibits and deposition designations that can be found on the Court's website.

**So ORDERED and SIGNED this 5th day of January, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE