# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| REALTIME DATA, LLC D/B/A/ IXO, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:09-cv-326-LED |
| ) | Civil Action No. 6:10-cv-248-LED |
| vs. ) | Civil Action No. 6:10-cv-426-LED |
| ) | |
| MORGAN STANLEY, et al.,, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |
| ) | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITHOUT PREJUDICE AS TO THE BANK OF NEW YORK MELLON CORPORATION

Before the Court is the Agreed Motion to Dismiss Without Prejudice as to the Bank of New York Mellon Corporation. After considering the Agreed Motion and finding that good cause exists for its entry, it is hereby:

ORDERED that Defendant The Bank of New York Mellon ("BNY Mellon") is hereby dismissed without prejudice from the above-captioned actions. All of the claims and counterclaims filed by Plaintiff Realtime Data LLC D/B/A IXO and BNY Mellon against each other in the above-captioned actions are hereby dismissed without prejudice. Each party is to bear its own costs and attorneys fees.

So ORDERED and SIGNED this 14th day of March, 2011.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE