**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **REALTIME DATA, LLC D/B/A/ IXO,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:09-cv-326-LED |
| ) | |
| vs. ) | |
| ) | |
| **MORGAN STANLEY, ET AL.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |
| **REALTIME DATA, LLC D/B/A/ IXO,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:09-cv-327-LED |
| ) | |
| vs. ) | |
| ) | |
| **CME GROUP, INC., ET AL.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |
| **REALTIME DATA, LLC D/B/A/ IXO,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:09-cv-333-LED |
| ) | |
| vs. ) | |
| ) | |
| **THOMSON REUTERS, ET AL.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS FOR COUNSEL

Please take notice that counsel for Plaintiff Realtime Data, LLC ("Realtime"), Dirk D. Thomas, of McKool Smith, P.C., has moved and should be notified at the following address:

> Dirk D. Thomas
> dthomas@mckoolsmith.com
> **MCKOOL SMITH, P.C.**
> 1999 K Street NW, Suite 600
> Washington, D.C. 20006
> Telephone: (202) 370-8302
> Facsimile: (202) 370-8344

Dated the 1st day of April, 2011.

   /s/ Sam Baxter
Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Robert A. Cote
rcote@mckoolsmith.com
Brett E. Cooper
bcooper@mckoolsmith.com
Benjamin J. Warlick
bwarlick@mckoolsmith.com
**MCKOOL SMITH, P.C.**
One Bryant Park, Suite 4700
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Dirk D. Thomas
dthomas@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1999 K Street NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 370-8302
Facsimile: (202) 370-8344

Laurie L. Fitzgerald
Texas State Bar No. 2403239
lfitzgerald@mckoolsmith.com
John M. Shumaker
Texas State Bar No. 24033069
jshumaker@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

***ATTORNEYS FOR PLAINTIFF
REALTIME DATA LLC D/B/A/ IXO***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of **NOTICE OF CHANGE OF ADDRESS FOR COUNSEL** via the Court's ECF system on April 1, 2011.

      /s/ Samuel F. Baxter
         Samuel F. Baxter