NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

U.S. DISTRICT RECEIVED MAY 16 2011 ERN DIST. OF TEXAS

IN RE MORGAN STANLEY, MORGAN STANLEY &
CO. INCORPORATED, J.P. MORGAN CHASE & CO.,
J.P. MORGAN SECURITIES, INC., J.P. MORGAN
CLEARING CORP., CREDIT SUISSE HOLDINGS
(USA), INC., CREDIT SUISSE SECURITIES (USA)
LLC, THE GOLDMAN SACHS GROUP, INC.,
GOLDMAN SACHS & CO., GOLDMAN SACHS
EXECUTION & CLEARING LP, SWS GROUP, INC.,
AND SOUTHWEST SECURITIES, INC.,
Petitioners.

Miscellaneous Docket No. 962

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0326, Judge Leonard Davis.

---

**IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION**

CORPORATION, OPTIONS PRICE REPORTING
AUTHORITY, BOSTON OPTIONS EXCHANGE
GROUP, LLC, CME GROUP, INC., BOARD OF
TRADE OF THE CITY OF CHICAGO, INC., AND NEW
YORK MERCANTILE EXCHANGE, INC.,
*Petitioners.*

Miscellaneous Docket No. 964

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0327, Judge Leonard Davis.

---

**IN RE THOMSON REUTERS CORPORATION, FACTSET RESEARCH SYSTEMS INC., BLOOMBERG L.P. AND INTERACTIVE DATA CORPORATION,**
*Petitioners.*

Miscellaneous Docket No. 967

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 6:09-CV-00333, Judge Leonard Davis.

Before RADER, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges.*

PER CURIAM.

# ORDER

Upon consideration of CME Group, Inc.'s motion for a stay of proceedings in the United States District Court for the Eastern District of Texas,

IT IS ORDERED THAT:

The motion is denied.\*

FOR THE COURT

__MAY 1 1 2011__         /s/ Jan Horbaly
    Date                 Jan Horbaly
                         Clerk

cc: Daniel A. DeVito, Esq.
    Robert A. Cote, Jr., Esq.
    Keith J. Grady, Esq.
    Scott F. Partridge, Esq.
    Rick L. Rambo, Esq.
    David R. Francescani, Esq.
    Michael M. Murray, Esq.
    Lynn E. Rzonca, Esq.
    James H. Shalek, Esq.
    Benjamin W. Hattenbach, Esq.
    Constance S. Huttner, Esq.
    John M. DiMatteo, Esq.
    Brian E. Moran, Esq.
    Clerk, United States District Court For The Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2011

JAN HORBALY
CLERK

---

\*   With regard to the parties' arguments regarding when this court's mandate may issue, we note that this court does not issue mandates relating to petitions for writs of mandamus. Fed. Cir. R. 40(e).