IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA. LLC d/b/a IXO, | § § § § | |
| Plaintiff, | § | |
| vs. | § § | CASE NO. 6:09cv326 PATENT CASE |
| MORGAN STANLEY, et al., | § § § | |
| Defendants. | § | |
| REALTIME DATA. LLC d/b/a IXO, | § § § § | |
| Plaintiff, | § | |
| vs. | § § | CASE NO. 6:09cv327 PATENT CASE |
| CME GROUP INC., et al., | § § § | |
| Defendants. | § | |
| REALTIME DATA. LLC d/b/a IXO, | § § § § | |
| Plaintiff, | § | |
| vs. | § § | CASE NO. 6:09cv333 PATENT CASE |
| THOMSON REUTERS, et al., | § § § | |
| Defendants. | § | |

# ORDER

Before the Court is Realtime Data's Motion for Expedited Briefing of Plaintiff's Motion to Lift the Stay Pending Resolution of Realtime's Petition for Rehearing and Request for Rehearing En Banc (6:09cv326, Doc. No. 349; 6:09cv327, Doc. No. 470; 6:09cv333, Doc. No. 262). Upon

consideration of the parties' arguments, the Motion is **DENIED**.

**So ORDERED and SIGNED this 18th day of July, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE